# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TRUST OF EUGENE FERTMAN, SETTLOR TRUST UNDER DEED OF EUGENE FERTMAN, AS AMENDED, DATED OCTOBER 1990 | : No. 139 EM 2014<br>:<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: NANCY BERSCHLER | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 30th day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.